## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LARRY D. LEWIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **VS.** | ) | **CV NO.  02-4134-JPG** |
| | ) | |
| **THOMAS E. WHITE, Secretary,** | ) | |
| **Department of the Army,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:  September 11, 2006

NORBERT JAWORSKI, CLERK

s/Brenda K. Lowe
Deputy Clerk

APPROVED: s/ J. Phil Gilbert
U. S. DISTRICT JUDGE